SPECIAL EDUCATION STATE COMPLAINT

I would like to file a complaint with the State of Maryland on behalf of my daughter ▇▇▇ ▇▇▇ My daughter has been a student at Newport mill middle school since 2018. My daughter has not made any progress nor has any assessment testing been done. The resource counselor Ms. Addison has made it IMPOSSIBLE for me to follow up on my daughters progress. I have reached out to her on several occasions. Ms. Addison refuses to give me any updates on my daughter's progress. An IEP meeting was held on March 5th 2019 and no one was in attendance except for one teacher. The IEP notes show only one Signature no one is ever available when I call the school to speak to her teachers. They never Return any of my calls. This has been going on since my daughter enrolled in 2018. Newport mill middle has no curriculum in place that targets or challenges my daughter in areas unknown to her. I would like to review and inspect her school records. I have seen no recent assessments or educational plans for my daughter. I'm Very unhappy with the way my daughter is being neglected. I have seen her school work and it is unacceptable and horrifying to witness that the teachers in all of her classes are not directing her in punctuation, grammar, and writing smaller and on lined paper. 'I've taught ▇▇▇ to write her full name and date in school. She is not being corrected in school when she fails to remember. ▇▇▇ has an intellectual disability which makes it hard for her to stay on task, I've informed Ms. Addison last year of this behavior. I had to call the school office 10 days later after the IEP meeting in order to receive a copy from Ms. Addison. I'm entitled to a copy within 5 days of the IEP meeting, Ms. Addison has treated me unfairly in failing to allow my daughter the RESOURCES she needs to live a productive life. I have filed a due process hearing at the MCPS office of resolutions and complaints. I will not allow my daughter to be Neglected any longer. I am withdrawing her from Newport mill at the end of the school year. Newport Mill middle is Unsupportive in Advancing my daughter to a new level. This cannot be fixed the way they all have neglected my daughter take care Sincerely,

Tricia Smith 3-27-2019 PS. I have contacted Horizons middle school in MD. The admissions director informed me that their curriculum specializes in Intellectual disabilities I'm interested in ▇▇▇ attending in the fall thanks. 301-537-6780

MCPS Exhibit A

Ms. Tricia Smith
April 17, 2019
Page 2

Based on your correspondence, the allegations to be investigated, should this office move forward, are as follows:

1. The MCPS did not ensure that an Individualized Education Program (IEP) team meeting, convened on March 5, 2019, included the required participants, in accordance with 34 CFR §§300.321.

2. The MCPS did not provide an IEP within five (5) business days of the March 5, 2019 IEP team meeting, in accordance with COMAR 13A.05.01.07.

3. The MCPS has not ensured that reports of student's progress toward achieving the annual IEP goals have been provided during the 2018 - 2019 school year, in accordance with 34 CFR §300.320.

If you have further information or questions, you may contact Mr. Chichester at (410) 767-7770.

Sincerely,

*[signature: Dori Wilson]*

Dori Wilson, Chief
Family Support and Dispute Resolution Branch
Division of Early Intervention/Special Education Services

DW/ac

c: Jack R. Smith (w/encl.)
Philip A. Lynch (w/encl.)
Kevin Lowndes (w/encl.)
Tracee Hackett (w/encl.)
Julie Hall (w/encl.)
Penny Tsonis (w/encl.)
Marcella Franczkowski
Anita Mandis
Albert Chichester

*[signature: Tricia R. Smith]*
5-3-19

**MCPS Exhibit A**